IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK A. MISSUD, *et al.*,

    Plaintiff,

  v.

NATIONAL RIFLE ASSOC., *et al.*,

    Defendant.

No. C 13-80213 WHA

**ORDER OF DISMISSAL**

    Pro se plaintiff Patrick Missud has filed a putative class action against the National Rifle Association, the United States Supreme Court, and other miscellaneous defendants, alleging a variety of constitutional violations.

    In 2012, plaintiff was declared a vexatious litigant. *Missud v. San Francisco Superior Court*, No. 12-3117, 2012 U.S. Dist. LEXIS 137351 (N.D. Cal. Sep. 24, 2012) (Judge William Alsup). As such, plaintiff is required to submit his complaints against judicial entities, such as the United States Supreme Court, for pre-filing review. He failed to do so here.

    After reviewing the complaint, this order finds it to be frivolous. Thus, the complaint is **DISMISSED**. Plaintiff's motion for IFP status is **DENIED AS MOOT**. Judgment will be entered accordingly.

    **IT IS SO ORDERED.**

Dated: October 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE