UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related (Civil L.R. 3-12) has been filed. The time for filing a response has passed. *Pro se* Patrick Missud filed a "conditional stipulation to defendants' administrative motion to relate cases" (Dkt. No. 7). Defendants have not responded and have not accepted the stipulation. This order does not accept any of the terms of the "conditional stipulation." The conditional stipulation is **DENIED**.

Having reviewed the complaints, as the judge assigned to the earliest filed case below that bears my initials, I find that the recently filed case(s) that I have initialed below are related to the cases assigned to me, and such case(s) shall be reassigned to me.

**C 13-80213 WHA**      Missud v. National Rifle Association Inc., et al.

I find that the above case is related to the case assigned to me. **WHA**

**C 13-80263 WHA**      Missud v. National Rifle Association, et al.

I find that the above case is related to the case assigned to me. **WHA**

**C 14-01223 JSW**      Missud v. Lapierre, et al.

I find that the above case is related to the case assigned to me. **WHA**

This order does not relate *Missud v. San Francisco Superior Court*, No. C 12-03117 WHA.

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: March 31, 2014.

Judge William Alsup

## CERTIFICATE OF SERVICE

  I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

                        **Richard W. Wieking, Clerk**

**DATED: March 31, 2014**           **By:** _____
                          **Deputy Clerk**

Copies to: Courtroom Deputies
      Case Systems Administrators
      Counsel of Record
Entered into Assignment Program: _____(date)